**RIZIO LAW FIRM PC**
Gregory G. Rizio, Bar No. 157008
grizio@riziolawfirm.com
Lynn P. Whitlock, Bar No. 127537
lwhitlock@riziolawfirm.com
2677 North Main Street, Ste. 225
Santa Ana, CA 92705
Phone: (714) 505-2468
Facsimile: (714) 547-1245

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA RICHCREEK; SHAWN ERIC RICHCREEK; HEATHER LYNN RUEN; SARAH LEANNE HERNHOLM; LISA ANNE RICHCREEK; Z.R., a minor, by and through his Guardian ad Litem Lisa Anne Richcreek; BENJAMIN DAVID RICHCREEK; ESTATE OF ROGER WILLIAM RICHCREEK, by and through his successor in interest, Linda Richcreek, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; DOES 1 through 100, Inclusive, <br><br> Defendants. | No. EDCV 15-02535 JGB (SPx) <br><br> [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |

This matter has come before the Court upon the stipulation of the parties to dismiss this action, with prejudice, in accordance with the settlement agreement of the parties. The Court, having duly considered the matter, hereby grants the parties' stipulated request, and by this order, does hereby dismiss this entire action, with prejudice, each party to bear their own costs

---

1

Case No. 15-02535      [Proposed] Order Dismissing Case

1  IT IS SO ORDERED.

3  Dated: April 26, 2017

_____
United States District Judge